**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-1089**
_____

CONTINENTAL CASUALTY COMPANY,

                   Plaintiff - Appellee,

         v.

JOHN F. CURRAN, III,

                   Defendant - Appellant,

         and

GARGOYLES, INC.,

                   Defendant.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.    William D. Quarles, Jr., District
Judge. (1:14-cv-01183-WDQ)

_____

Submitted:  July 8, 2015            Decided:  August 19, 2015

_____

Before MOTZ and KING, Circuit Judges, and DAVIS, Senior Circuit
Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

John F. Curran, III, Appellant Pro Se.  Ashley Elisabeth Eiler,
John E. Howell, William E. Smith, WILEY REIN, LLP, Washington,
D.C., for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John F. Curran, III seeks to appeal the district court's order denying a motion for continuance. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order that Curran seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. See Stevenson v. City of Seat Pleasant, 743 F.3d 411, 415-16 (4th Cir. 2014). Accordingly, we dismiss the appeal for lack of jurisdiction. We deny the parties' pending motions as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED